

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00174-CV

TOM MADDUX, INDIVIDUALLY AND
DBA LOST PRAIRIE CYCLES; AKA
THOMAS EARL MADDUX,

                                                      **Appellant**

 v.

MICHAEL D. REID,

                                                      **Appellee**

### From the 87th District Court
### Limestone County, Texas
### Trial Court No. 29,549-A

## O R D E R

In a "Motion for Court to Order," appellant requests that this Court order the appellee to serve appellant with a copy of appellee's brief. Appellant's motion was not properly served on appellee. *See* TEX. R. APP. P. 9.5. Accordingly, appellant's motion is denied.

Without regard to the merits of the motion, a copy of appellee's brief is enclosed.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed June 18, 2015

